# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| BUKITI, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-01217-O |
| MID-CONTINENT CASUALTY COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The above-captioned case is **DISMISSED with prejudice**.

2. All claims which were, or which could have been brought by the parties therein, are each **DISMISSED with prejudice** to the refiling of the same.

3. The taxable costs of court, as calculated by the Clerk of Court, shall be borne by the party incurring the same.

**SO ORDERED** on this **11th day** of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE